UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Patricia Butler,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Stellar Recovery, Inc.<br><br>　　　　Defendant. | Case No. 1:16-cv-02019<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone:  312-380-6110
Fax:  312-361-3509
Email: jeffrey@lifetimedebtsolutions.com
Attorney for Plaintiff
Date: June 13, 2016

Assurance Law Group

By: /s/ Alison N. Emery
Alison N. Emery
3731 Hendricks Avenue
Jacksonville, FL 32207
Telephone: 904-497-4904
Fax: 904-458-8979
Email: alison@assurancelawgroup.com
Attorney for Defendant
Date: June 13, 2016

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2016, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Alison N. Emery
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207

Counsel for Defendant

                                                        /s/ Jeffrey S. Hyslip